SPINGLER-VAN BEUREN ESTATES, INC., Respondent, v. CHARLES PARKER ESTATE, INC., Formerly THE CHARLES PARKER COMPANY, Appellant, Impleaded with Others.— Order granting plaintiff's motion for partial summary judgment against the defendant-appellant, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VIOLA F. RAPHAEL, Appellant, v. LUCY COTTON THOMAS, Also Known as LUCY COTTON THOMAS MAGRAW, Respondent.— Order denying plaintiff's motion for an order vacating and setting aside verdict in this action, declaring a mistrial and granting to plaintiff a new trial of the issues, unanimously reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE BROOKLYN SAVINGS BANK, Respondent, v. LESTER W. ROSENTHAL and Others, Defendants. WAYNE INVESTING COMPANY, Appellant; MARCUS GRIES, Receiver-Respondent.— Order, so far as appealed from, directing the receiver, Marcus Gries, " to execute and deliver proper instruments conveying all his right, title and interest in and to eighteen certain ' G. E.' refrigerators as set forth in his notice of motion which have been installed in the mortgaged premises, to The Brooklyn Savings Bank, the plaintiff herein," unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CITY DEPOSIT AND DISCOUNT COMPANY, Appellant, v. DYER PEARL, JR., and Others, Respondents, Impleaded with Others.— Order granting in part motion of defendants-respondents for a bill of particulars, and denying the cross-motion of plaintiff for an examination before trial, for an inspection and discovery, and to make more definite certain defenses, and to strike out the third defense, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within fifteen days after service of order with notice of entry. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GAETANO FERRI, Respondent, v. ARMANDA MARTINO, Individually and as Executrix, etc., of ANTHONY R. MARTINO, Deceased, and FIFTH AVENUE BROADCASTING COMPANY, INC., Appellants, Impleaded with Another.— Orders referring issue as to compensation of plaintiff's attorney to an official referee, and granting motion of defendants-appellants for an order directing judgment in their favor, and dismissing the complaint upon the merits, upon condition that said defendants pay to the plaintiff's attorney the sum of $200, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of BERTHA M. JOHNSON, Respondent, for an Order Permitting the Said BERTHA M. JOHNSON to Examine the Records of the Department of Parks, Pursuant to the Provisions of Section 1545 of the Greater New York Charter. ROBERT MOSES, as Commissioner of Parks of the City of New York, Appellant.— Order granting petitioner's motion for an examination of the records of the Department of Parks of the city of New York reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. Appeal from order denying motion for a reargument dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent and vote for affirmance.